UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BURTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCEPT PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | 14 Civ. 1373 (NRB)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro. I certify that I am admitted to practice in this Court.

Dated: April 3, 2014

                                                              Respectfully submitted,

                                                              By: /s/ Michael G. Bongiorno
                                                              Michael G. Bongiorno
                                                             WILMER CUTLER PICKERING HALE
                                                                AND DORR LLP
                                                             7 World Trade Center
                                                             250 Greenwich Street
                                                             New York, New York 10007

                                                             Tel.: 212-230-8800
                                                             Fax: 212-230-8888
                                                             Email: michael.bongiorno@wilmerhale.com