UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BURTON,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERCEPT PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　　　Defendants. | 14 Civ. 1373 (NRB)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro. I certify that I am admitted to practice in this Court.

Dated: April 3, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Shauna K. Friedman
　　　　　　　　　　　　　　　　　　　　Shauna K. Friedman
　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　AND DORR LLP
　　　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　　　250 Greenwich Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10007

　　　　　　　　　　　　　　　　　　　　Tel.: 212-230-8800
　　　　　　　　　　　　　　　　　　　　Fax: 212-230-8888
　　　　　　　　　　　　　　　　　　　　Email: shauna.friedman@wilmerhale.com