UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| GEORGE BURTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INTERCEPT PHARMACEUTICALS, INC., et al., <br><br> Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 14 Civ. 1373 (NRB) <br><br> ECF Case <br><br> Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro. I certify that I am admitted to practice in this Court.

Dated: April 3, 2014

                                              Respectfully submitted,

                                        By: /s/ Tamar Kaplan-Marans
                                              Tamar Kaplan-Marans
                                              WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, New York 10007

                                             Tel.: 212-230-8800
                                             Fax: 212-230-8888
                                             Email: tamar.kaplan-marans@wilmerhale.com